JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PETTIT, individually; | Case No. 2:20-cv-02578-AB-AGR |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| TARGET CORPORATION; and DOES 1 through 50, inclusive | |
| Defendants. | |

Pursuant to the parties' stipulation, the entire action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 22, 2020

_____
Honorable André Birotte, Jr.
United States District Court

1